IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID SCHALK, M.D. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No.: 04-321 |
| | ) |
| BAYHEALTH MEDICAL CENTER, INC., | ) |
| a Delaware Corporation, BAYHEALTH, | ) |
| INC., AND ANESTAHEALTH, P.A, a | ) |
| Delaware Corporation, | ) |
| | ) |
| Defendants | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that Plaintiff's Second Set of Interrogatories Directed to Defendants Bayhealth Medical Center, Inc., Plaintiff's Second Set of Requests for Production for Defendant Anesthahealth, and Plaintiff's Second Set of Interrogatories Directed to Anestahealth were hand delivered to the following counsel on March 21, 2005:

> Joseph Grey, Esquire
> Stevens & Lee
> 1105 N. Market Street, 7th Floor
> Wilmington, DE 19801
>
> Laurence V. Cronin, Esquire
> Smith, Katzenstein & Furlowe, LLP
> 800 Delaware Avenue
> P.O. Box 410
> Wilmington, DE 19899

                      ABER, GOLDLUST, BAKER & OVER

                      /s/ Gary W. Aber
                      GARY W. ABER, (DSB #754)
                      702 King Street, Suite 600
                      P.O. Box 1675
                      Wilmington, DE 19801
                      (302) 472-4900
                      Attorney for Plaintiff

DATED: March 21, 2005

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that two copies of the attached pleading were hand delivered to the following counsel on March 21, 2005:

>Joseph Grey, Esquire
>Stevens & Lee
>1105 N. Market Street, 7th Floor
>Wilmington, DE  19801
>
>Laurence V. Cronin, Esquire
>Smith, Katzenstein & Furlowe, LLP
>800 Delaware Avenue
>P.O. Box 410
>Wilmington, DE  19899

>            /s/ Melissa A. Chionchio
>Melissa A. Chionchio
>Secretary to Gary W. Aber, Esquire