IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID SCHALK, M.D., : | |
| : | |
| Plaintiff. : | |
| : | CIVIL ACTION NO. 04-321 |
| v. : | |
| : | |
| BAYHEALTH MEDICAL CENTER, : | |
| INC., a Delaware Corporation, : | |
| BAYHEALTH, INC. AND : | |
| ANESTAHEALTH, P.A., a Delaware : | |
| Corporation, : | |
| : | |
| Defendants. : | |

**PLAINTIFF'S UNOPPOSED MOTION
TO MODIFY SCHEDULING ORDER**

Plaintiff, David M. Schalk, M.D., respectfully files this Unopposed Motion to Modify Scheduling Order and, in support states:

1. Plaintiff has filed a multi-Count Complaint against the two corporate Defendants, asserting violations of the Americans with Disabilities Act and the Rehabilitation Act.

2. The parties have timely engaged in written discovery, exchanged thousands of pages of documents and are currently attempting to resolve several outstanding discovery disputes.

3. Over the past several weeks, the parties have resolved numerous initial discovery disputes and seek not to burden the Court with discovery disputes.

4. The Court's current scheduling order sets provides that: (a) discovery closes on May 31, 2005, (b) dispositive pretrial motions are due June 14, 2005, (c) a pretrial conference is set for November 17, 2005, and (d) trial is set for December 12,

2005. A mediation has been scheduled in this matter on May 3, 2005, before Magistrate XXXXX.

5. The parties had tentatively hoped to complete depositions in the latter part of April and throughout May. It is anticipated that there will be more than a dozen fact witness depositions. There will also likely be at least one out-of-state expert witness deposition.

6. Due to the Plaintiff's work schedule and frequent on-call status at his place of employment in a hospital in Cumberland, Maryland, he will not be available for deposition until May 13, 2005. Defendants contend that, for efficient case management, Dr. Schalk should be the first deponent (he was also the first noticed deposition). Plaintiff is willing to accommodate the Defendant's concerns, if the Court permits.

7. Plaintiff's lead counsel was recently provided a two-week time period (second and third week of June 2005) in which he will have to be available for a five-day jury trial before the U.S. District Court for the District of Maryland. As a result, Plaintiff's counsel is engaged in substantial pretrial briefing and preparation in that matter and will continue to be so to such an extent Plaintiff's fact witness depositions cannot be completed in May 2005.

8. The parties seek a modification of the schedule so that the discovery period is extended for 45 days until July 15, 2005 and the time period for filing dispositive motions also be extended by the same period so that such motions are due on July 29, 2005. No other dates in the current scheduling order will be affected by the requested extension.

9. No party will be prejudiced or burdened by the requested modification to the Scheduling Order.

10. The requested modification to the Scheduling Order will serve the interests of effective case management.

11. Both Defendants have indicated that they intend to file dispositive motions in this case. The modification proposed by the Plaintiff will shorten by 45 days the period of time that the Court will have available to consider those motions. In the event that the Court believes that the proposed modification will prevent the Court from being able to resolve the dispositive motions prior to trial, Defendants oppose the motion unless the trial date is changed as well.

12. The parties stand ready to answer any question the Court may have about this matter.

WHEREFORE, the Plaintiff respectfully requests that this Motion to Modify Scheduling Order be granted.


SO ORDERED this _____ day of _____, 2005.


_____
The Honorable Gregory M. Sleet

ABER, GOLDLUST, BAKER & OVER

/s/ Gary W. Aber
GARY W. ABER (DSB #754)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899
(302) 472-4900
Attorney for Plaintiff

Dated: April 1, 2005

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that two copies of the attached pleading were hand delivered to the following counsel on April 1, 2005:

>Joseph Grey, Esquire
>Stevens & Lee
>1105 N. Market Street, 7th Floor
>Wilmington, DE  19801
>
>Laurence V. Cronin, Esquire
>Smith, Katzenstein & Furlowe, LLP
>800 Delaware Avenue
>P.O. Box 410
>Wilmington, DE  19899

>/s/ Melissa A. Chionchio
>Melissa A. Chionchio
>Secretary to Gary W. Aber, Esquire