IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID SCHALK, M.D. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No.: 04-321 |
| | ) |
| BAYHEALTH MEDICAL CENTER, INC., | ) |
| a Delaware Corporation, BAYHEALTH, | ) |
| INC., AND ANESTAHEALTH, P.A, a | ) |
| Delaware Corporation, | ) |
| | ) |
| Defendants | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that Plaintiff's Second Set of Requests for Production for Defendant Bayhealth were hand delivered to the following counsel on April 1, 2005:

Joseph Grey, Esquire
Stevens & Lee
1105 N. Market Street, 7th Floor
Wilmington, DE 19801

Laurence V. Cronin, Esquire
Smith, Katzenstein & Furlowe, LLP
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899

                        ABER, GOLDLUST, BAKER & OVER

                        /s/ Gary W. Aber
                        GARY W. ABER, (DSB #754)
                        702 King Street, Suite 600
                        P.O. Box 1675
                        Wilmington, DE 19801
                        (302) 472-4900
                        Attorney for Plaintiff

DATED: April 1, 2005

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that two copies of the attached pleading were hand delivered to the following counsel on April 1, 2005:

    Joseph Grey, Esquire
    Stevens & Lee
    1105 N. Market Street, 7th Floor
    Wilmington, DE 19801

    Laurence V. Cronin, Esquire
    Smith, Katzenstein & Furlowe, LLP
    800 Delaware Avenue
    P.O. Box 410
    Wilmington, DE 19899

                                              /s/ Melissa A. Chionchio
                                      Melissa A. Chionchio
                                      Secretary to Gary W. Aber, Esquire