**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DAVID SCHALK, M.D.,            ) | |
| )| |
| Plaintiff,            ) | |
| ) | C.A. No.: 04-321 (GMS) |
| v.            ) | |
| ) | |
| BAYHEALTH MEDICAL            ) | |
| CENTER, INC., BAYHEALTH, INC.            ) | |
| and ANESTAHEALTH, P.A.,            ) | |
| ) | |
| Defendants.            ) | |

**NOTICE OF SERVICE**

I HEREBY CERTIFY that on the 22nd day of April, 2005 copies of this Notice of Service were served via e-filing and hand delivery, two copies of Defendant Anestahealth, P.A.'s Answers to Plaintiff's Second Set of Interrogatories and two copies of Defendant Anestahealth, P.A.'s Responses to Plaintiff's Second Request for Production were caused to be served via hand delivery on the following:

Gary W. Aber, Esquire
Aber Goldlust Baker & Over
707 King Street, Suite 600
Wilmington, DE 19899-1675

Joseph Grey, Esquire
Stevens & Lee, P.C.
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

SMITH, KATZENSTEIN & FURLOW LLP

    /s/ Laurence V. Cronin
Laurence V. Cronin (#2385)
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899
Telephone:  (302) 652-8400
Telecopy:  (302) 652-8405
E-mail:  lvc@skfdelaware.com

Date:   April 22, 2005

Attorneys for Defendant Anestahealth, P.A.

{10002005.DOC}