

**Smith Katzenstein Furlow LLP**

*Attorneys at Law*

Craig B. Smith
Robert J. Katzenstein
David A. Jenkins
Laurence V. Cronin
Michele C. Gott
Kathleen M. Miller
Roger D. Anderson
Joelle E. Polesky
Robert K. Beste
Etta R. Wolfe

The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, Delaware 19899
(Courier 19801)
Phone (302) 652-8400
Fax (302) 652-8405
www.skfdelaware.com

May 24, 2005

**VIA E-FILING**

The Honorable Mary Pat Thynge
U. S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

*Re:* *Schalk v. Anestahealth, P.A., et al*
  C.A. No. 04-321 GMS

Dear Judge Thynge:

I am pleased to report that the parties in the above referenced matter have agreed to the form of a settlement agreement and expect to file a stipulation of dismissal later this week. If Your Honor has any questions, counsel are available at the convenience of the Court.

Respectfully,

Laurence V. Cronin (#2385)

LVC/vkm

cc:   Clerk of Court (via e-filing)
  Gary W. Aber, Esquire (via e-filing)
  Joseph Grey, Esquire (via e-filing)
  John F. Ward, Esquire (via facsimile)
  Stephen B. Lebau, Esquire (via facsimile)

10003089.WPD
03173 PLDG