IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID SCHALK, M.D., | : |
| | : |
| Plaintiff. | : |
| | : CIVIL ACTION NO. 04-321 |
| v. | : |
| | : |
| BAYHEALTH MEDICAL CENTER, | : |
| INC., a Delaware Corporation, | : |
| BAYHEALTH, INC. AND | : |
| ANESTAHEALTH, P.A., a Delaware | : |
| Corporation, | : |
| | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL

The parties to this action, by and through their undersigned counsel, hereby stipulate and agree that this case shall be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

_____
Gary W. Aber, , I.D. No. 754
ABER, GOLDLUST, BAKER AND OVER
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE  19899
(302) 472-4900
*Attorney for Plaintiff*

_____
Laurence V. Cronin, I.D. No. 2385
SMITH, KATZENSTEIN & FURLOW LLP
P.O. Box 410
800 Delaware Avenue, 7th Floor
Wilmington, DE 19899
(302) 652-8400
*Attorneys for Defendant Anestahealth, P.A.*

_____
Joseph Grey, I.D. No. 2358
STEVENS & LEE
1105 North Market Street, Seventh Floor
Wilmington, DE 19801
(302) 654-5180
*Attorneys for Defendants Bayhealth Medical Center, Inc. and Bayhealth, Inc.*